UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:10-cv-29-FL

| | |
|---|---|
| JAMES ARTHUR SMITH, and <br> CHERYL LYNNE SMITH <br> Plaintiffs, <br><br> v. <br><br> KAPSTONE KRAFT PAPER CORP., <br><br> Defendant. | **ORDER** |

This matter comes before the Court on Defendant Kapstone's Motion to Stay. This Court having found that justice so requires that the proceedings in this action be stayed pending a final resolution of the Workers Compensation action currently pending on appeal before the North Carolina Industrial Full Commission, entitled JAMES A. SMITH, Plaintiff/Employee v. DENROSS CONTRACTING, U.S., INC., DENNIS BARRETT (individually) and KAPSTONE KRAFT PAPER, Alleged Employers/Defendants and SENTRY INSURANCE and NYSIF, Alleged Carriers/Defendants, I.C. File NO. W51771 and further that the Court having found good cause:

**IT IS HEREBY ORDERED** that the Motion to Stay is **GRANTED** and that the proceedings in this action be stayed until resolution of Workers Compensation action currently pending on appeal before the North Carolina Industrial Full Commission, entitled JAMES A. SMITH, Plaintiff/Employee v. DENROSS CONTRACTING, U.S., INC., DENNIS BARRETT (individually) and KAPSTONE KRAFT PAPER, Alleged Employers/Defendants and SENTRY INSURANCE and NYSIF, Alleged Carriers/Defendants, I.C. File NO. W51771. To aid the court's docket keeping periodic status reports shall be provided jointly at six month intervals concerning progress of the appeal, to be made a part of this court's file.

**SO ORDERED.**

369836 v1

This 7th day of June, 2011.

Louise W. Flanagan
US District Judge

Case 4:10-cv-00029-FL Document 15 Filed 06/07/11 Page 1 of 1